AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **0 5 - 4 7 5**

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

JUL - 8 2005

(Date forms issued)    (Signature of Party or their Representative)

Denis Morrison
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action